IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARTIN HEMPSTEAD,              )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       2:16cv719-MHT
                               )           (WO)
AIR SOUTH HEATING &            )
COOLING, INC., an Alabama      )
corporation, d/b/a Chad's      )
A/C Direct, and                )
CHAD WISWALL,                  )
                               )
    Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of the proposed settlement (doc. no. 16) is granted and the settlement is approved.

(2) Judgment is entered in favor of plaintiff Martin Hempstead and against defendants Air South Heating & Cooling, Inc. and Chad Wiswall.

(3) In total and complete resolution of this case, plaintiff Hempstead shall have and recover from defendants Air South Heating & Cooling, Inc. and Wiswall the sum of $ 2,530.00, and counsel for plaintiff Hempstead, Arendall Law Firm, Inc., shall have and recover from defendants Air South Heating & Cooling, Inc. and Wiswall the sum of $ 3,320.00.

(4) All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of January, 2017.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE